UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 22-07983 |
| --- | --- | --- |
| BETH ANN CIESLA, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY AND THE CO-DEBTOR STAYS

THIS CAUSE Coming on to be heard on the motion of Lakeview Loan Servicing, LLC, the Court being advised in the premises and having jurisdiction and due notice having been given;

IT IS HEREBY ORDERED:

1. That the automatic stay is modified to the extent necessary to enable Lakeview Loan Servicing, LLC to pursue and enforce its In Rem rights under non-bankruptcy state law with respect to the property commonly known as: 265 Juniper Circle, Streamwood, IL 60107, pursuant to 11 USC 362(d).

2. That the co-debtor stay, as it may protect the interests of Robert J. Ciesla, is modified to the extent necessary to enable Lakeview Loan Servicing, LLC to pursue and enforce its In Rem rights under non-bankruptcy state law with respect to the property commonly known as: 265 Juniper Circle, Streamwood, IL 60107, pursuant to 11 USC 1301..

3. That any claims or stipulations previously filed providing for the payment of current mortgage payments or for the payment of pre-petition arrearages to Lakeview Loan Servicing, LLC in connection with the subject real property are withdrawn as to any unpaid portion for the purposes of these proceedings only.

Enter: /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: December 19, 2022

**Prepared by:**

Richard B. Aronow  3123969
Michael N. Burke  6291435
Mike Kalkowski  6185654
Amy A. Aronson 6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
22-096916